UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HULSH,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>    Defendants. | Case No. 15-cv-04801-JST<br><br>**ORDER VACATING MOTION HEARINGS**<br><br>Re: ECF Nos. 11, 16, 25 |

On October 23, 2015, Defendants filed a motion to dismiss the Complaint. ECF No. 11. On November 6, 2015, Plaintiff filed a motion to remand. ECF No. 16. Hearings on both of those motions are currently scheduled for January 21, 2016.

On December 17, 2015, Defendants filed a motion to stay this case pending transfer to MDL No. 2642. ECF No. 25. A hearing on that motion is scheduled for January 21, 2016.

In light of the pending motion to stay, ECF No. 25, the Court hereby vacates the hearings on Defendants' motion to dismiss, ECF No. 11, and Plaintiff's motion to remand, ECF No. 16. The Court will reset hearings on those motions, if appropriate, pending resolution of the motion to stay. The hearing on the motion to stay remains scheduled for January 21, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: January 6, 2016

                                                      JON S. TIGAR
                                               United States District Judge